PER CURIAM.

(No. 75-CC-222—

NAOMI BOLES, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed October 18, 1974.*

NAOMI BOLES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.